UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| NATHALIE THUY VAN, ) | Case No.: 14-CV-03791-LHK |
| ) | |
| Plaintiff, ) | ORDER CONTINUING INITIAL CASE |
| v. ) | MANAGEMENT CONFERENCE |
| ) | |
| LANGUAGE LINE SERVICES, INC., et al., ) | |
| ) | |
| Defendants. ) | |
| ) | |

The Court hereby CONTINUES the initial case management conference scheduled for December 3, 2014, at 2:00 p.m. to January 15, 2015, at 1:30 p.m.

**IT IS SO ORDERED.**

Dated: December 2, 2014

_____
LUCY H. KOH
United States District Judge

1
Case No.: 14-CV-03791-LHK
ORDER CONTINUING INITIAL CASE MANAGEMENT CONFERENCE