UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| NATHALIE THUY VAN,<br><br>               Plaintiff,<br>     v.<br><br>LANGUAGE LINE SERVICES, INC., et al.,<br><br>               Defendants. | Case No.: 14-CV-03791-LHK<br><br>ORDER CLARIFYING ORDER OF DECEMBER 2, 2014 |

On December 18, 2014, Defendants filed a request (ECF No. 30) that the Court clarify its order of December 2, 2014 (ECF No. 28) continuing the initial case management conference to January 15, 2015, at 1:30 p.m. The Court obliges.

The initial case management conference originally scheduled for January 14, 2015, at 2:00 p.m. has indeed been continued. On October 3, 2014, the initial case management conference was advanced to December 3, 2014. ECF No. 20. On December 2, 2014, the initial case management conference was continued to January 15, 2015, at 1:30 p.m., *see* ECF No. 28, to coincide with the hearing on Defendants' Rule 41(d) Motion for Costs and Motion for Stay, *see* ECF No. 10. Thus, the initial case management conference will take place on January 15, 2015, at 1:30 p.m.

The other dates set in the Court's order of August 21, 2014, remain as set in that order. *See* ECF No. 6.

**IT IS SO ORDERED.**

1

Case No.: 14-CV-03791-LHK
ORDER CLARIFYING ORDER OF DECEMBER 2, 2014

Dated: December 19, 2014

_____
LUCY H. KOH
United States District Judge

2
Case No.: 14-CV-03791-LHK
ORDER CLARIFYING ORDER OF DECEMBER 2, 2014