UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| NATHALIE THUY VAN,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>LANGUAGE LINE SERVICES, INC. et al.,<br><br>　　　　　Defendants. | Case No.: 14-CV-03791-LHK<br><br>**ORDER DENYING AS MOOT MOTION FOR SANCTIONS** |

In light of Plaintiff's April 10, 2015 Notice of Withdrawal, ECF No. 58, the Court hereby DENIES as moot Plaintiff's Motion for Sanctions, ECF No. 44.  Accordingly, the Court VACATES the hearing on that motion set for August 13, 2015, at 1:30 p.m.

**IT IS SO ORDERED.**

Dated: April 13, 2015

　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　LUCY H. KOH
　　　　　　　　　　　　　　　　　　　　　　United States District Judge

1

Case No.: 14-CV-03791-LHK
ORDER DENYING AS MOOT MOTION FOR SANCTIONS