UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| NATHALIE THUY VAN,<br><br>        Plaintiff,<br><br>        v.<br><br>LANGUAGE LINE SERVICES, INC. et al.,<br><br>        Defendants. | Case No. 14-CV-03791-LHK<br><br>**ORDER VACATING HEARING RESERVED FOR SUMMARY ADJUDICATION MOTION** |

In light of Defendant's May 6, 2015 Statement re Non-Filing of Motion for Summary Adjudication, ECF No. 65, the Court hereby VACATES the August 27, 2015 hearing date reserved for that motion, *see* ECF No. 56 at 2.  A further case management conference remains set for August 27, 2015, at 1:30 p.m.

**IT IS SO ORDERED.**

Dated: May 11, 2015

_____
LUCY H. KOH
United States District Judge

1

Case No. 14-CV-03791-LHK
ORDER VACATING HEARING RESERVED FOR SUMMARY ADJUDICATION MOTION