AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

NORTHERN _____ District of _____ CALIFORNIA

NATHALIE THUY VAN

              Plaintiff (s),

V.

LANGUAGE LINE SERVICES, INC.; et al.

              Defendant (s),

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

CASE NUMBER: CV14-03791

Notice is hereby given that, subject to approval by the court, PLAINTIFF NATHALIE THUY VAN substitutes
(Party (s) Name)

Plaintiff NATHALIE THUY VAN , State Bar No. Pro Se as counsel of record in
(Name of New Attorney)

place of BONNIE MARGARET ROSS
(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

Firm Name: NATHALIE THUY VAN

Address: 1037 N. Abbott Ave - Milpitas CA 95035

Telephone: (408) 262-3163    Facsimile _____

E-Mail (Optional): _____

I consent to the above substitution.

Date: 7/23/2015

(Signature of Party (s))

I consent to being substituted.

Date: 7/24/2015

Bonnie Margaret Ross

(Signature of Former Attorney (s))

I consent to the above substitution.

Date:

(Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date: July 24, 2015

Lucy H. Koh
Judge

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]