UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| NATHALIE THUY VAN,<br><br>   Plaintiff,<br><br>   v.<br><br>LANGUAGE LINE SERVICES, INC. et al.,<br><br>   Defendants. | Case No. 14-CV-03791-LHK<br><br>**CASE MANAGEMENT ORDER** |

Plaintiff's Attorney: Nathalie Van (pro se)
Defendants' Attorney: Joel Kelly

A case management conference was held on August 27, 2015.  A further case management conference is set for December 10, 2015, at 1:30 p.m.  The parties shall file their joint case management statement by December 3, 2015.

For the reasons stated on the record, the Court DENIED Plaintiff's motion for sanctions. *See* ECF No. 70.  The November 19, 2015 hearing date on Plaintiff's motion for sanctions is hereby VACATED.

For the reasons stated on the record, the Court DENIED Plaintiff's administrative motion to seal documents in connection with Plaintiff's motion for sanctions.  *See* ECF No. 72.  Plaintiff shall wait seven (7) days before publicly filing the documents that were the subject of that motion.  In the interim, Defendants may file an administrative motion to seal and to stay publication of those documents.

1

Case No. 14-CV-03791-LHK
CASE MANAGEMENT ORDER

For the reasons stated on the record, the Court DENIED Plaintiff's motion to shorten time regarding Plaintiff's motion for reimbursement.  *See* ECF No. 94.  The Court set a hearing date on Plaintiff's motion for reimbursement for December 10, 2015, at 1:30 p.m.

The Court also REFERRED the following motions to U.S. Magistrate Judge Howard R. Lloyd: Plaintiff's motion to compel verifications to Defendants' production of documents, *see* ECF No. 78; Plaintiff's motion to shorten time regarding Plaintiff's motion to compel, *see* ECF No. 81; Plaintiff's motion to remove confidential designations, *see* ECF No. 85; and Plaintiff's motion to shorten time regarding Plaintiff's motion to remove confidential designations, *see* ECF No. 88.

By August 31, 2015, the parties shall file their stipulated protective order.  As Plaintiff is now representing herself in this litigation, that stipulated order would need to be signed by Plaintiff in pro per.

Each side may file only one dispositive motion in the entire case.

The Court refers Plaintiff to the Federal Pro Se Program.  Mr. Kevin Knestrick, the staff attorney for the program, is available at 408-297-1480.  Information regarding the Federal Pro Se Program's hours and locations is available at http://cand.uscourts.gov/helpcentersj.  The Court strongly encourages Plaintiff to contact Mr. Knestrick as soon as possible to set up an appointment.

The Court set the following case schedule:

| Scheduled Event | Date |
| --- | --- |
| Fact Discovery Cutoff | December 9, 2015 |
| Hearing on Plaintiff's Motion for Reimbursement | December 10, 2015, at 1:30 p.m. |
| Further Case Management Conference | December 10, 2015, at 1:30 p.m. |
| Opening Expert Reports | January 8, 2016 |
| Rebuttal Expert Reports | February 5, 2016 |
| Close of Expert Discovery | February 26, 2016 |
| Last Day to File Dispositive Motions (one per side in whole case) | March 24, 2016 |
| Hearing on Dispositive Motions | May 5, 2016, at 1:30 p.m. |
| Final Pretrial Conference | June 30, 2016, at 1:30 p.m. |
| Jury Trial | July 25, 2016, at 9:00 a.m. |
| Length of Trial | 2 days |

2

Case No. 14-CV-03791-LHK
CASE MANAGEMENT ORDER

1  **IT IS SO ORDERED.**

3  Dated: August 27, 2015

_____
LUCY H. KOH
United States District Judge

3

Case No. 14-CV-03791-LHK
CASE MANAGEMENT ORDER