UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| NATHALIE THUY VAN,<br><br>            Plaintiff,<br><br>      v.<br><br>LANGUAGE LINE SERVICES, INC. et al.,<br><br>            Defendants. | Case No. 14-CV-03791-LHK<br><br>**ORDER RE FILING OF MOTIONS IN THIS CASE** |

For the reasons stated on the record at the August 27, 2015 case management conference, *see* ECF No. 105, it is hereby ORDERED that prior to filing any motion for sanctions, or any other motion, before the undersigned judge in this case, the moving party shall file an administrative motion seeking leave to do so.  Any such motion for leave shall be no more than five (5) pages and shall summarize the dispute and the proposed motion.  No response to the administrative motion shall be filed.  However, if the administrative motion prompts resolution of the matter, the parties may stipulate to withdraw the administrative motion.  If the Court grants leave to file the proposed motion, the moving party shall do so in compliance with the Court's Civil Local Rules.

**IT IS SO ORDERED.**

1

Case No. 14-CV-03791-LHK
ORDER RE FILING OF MOTIONS IN THIS CASE

1

2   Dated: August 27, 2015

3   _____
     LUCY H. KOH
4    United States District Judge

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27
                                    2
28

Case No. 14-CV-03791-LHK
ORDER RE FILING OF MOTIONS IN THIS CASE