E-Filed 12/1/15

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| NATHALIE THUY VAN, | Case No. 14-cv-03791-LHK (HRL) |
| --- | --- |
| Plaintiff, | |
| v. | **ORDER TO SHOW CAUSE** |
| LANGUAGE LINE SERVICES, INC., et al., | Re: Dkt. No. 161 |
| Defendants. | |

Defendants filed a motion for a protective order and noticed a hearing on the motion for December 1, 2015. Dkt. No. 135. Defendants' counsel did not appear for the hearing on Defendants' motion and the court has received no explanation for counsel's absence.

Defendants' counsel shall appear on December 29, 2015 in Courtroom 2, Fifth Floor of the United States District Court, 280 South First Street, San Jose, California at 10:00 a.m. to show cause, if any, why he should not be sanctioned for failing to appear at the hearing on Defendants' motion. Defendants' counsel shall also file, no later than December 22, 2015, a statement that explains why he did not appear for the hearing.

**IT IS SO ORDERED.**

Dated: 12/1/15

_____
HOWARD R. LLOYD
United States Magistrate Judge