UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| NATHALIE THUY VAN,<br><br>        Plaintiff,<br><br>   v.<br><br>LANGUAGE LINE SERVICES, INC., et al.,<br><br>        Defendants. | Case No. 14-CV-03791-LHK<br><br>**CASE MANAGEMENT ORDER** |

Plaintiff's Attorney:  Nathalie Van (pro se)
Defendants' Attorney:  Joel Kelly

     A case management conference was held on December 10, 2015.  A further case management conference is set for March 16, 2016, at 2:00 p.m.  The parties shall file their joint case management statement by March 9, 2016.

     By December 14, 2015, Defendants shall produce documents responsive to Plaintiff's first request for document production.

     The fact discovery cutoff has passed.  The case schedule remains as set:

1

Case No. 14-CV-03791-LHK
CASE MANAGEMENT ORDER

| Scheduled Event | Date |
| --- | --- |
| Opening Expert Reports | January 8, 2016 |
| Rebuttal Expert Reports | February 5, 2016 |
| Close of Expert Discovery | February 26, 2016 |
| Last Day to File Dispositive Motions (one per side in whole case) | March 24, 2016 |
| Hearing on Dispositive Motions | May 5, 2016, at 1:30 p.m. |
| Final Pretrial Conference | June 30, 2016, at 1:30 p.m. |
| Jury Trial | July 25, 2016, at 9:00 a.m. |
| Length of Trial | 2 days |

**IT IS SO ORDERED.**

Dated:  December 10, 2015

_____
LUCY H. KOH
United States District Judge

2

Case No. 14-CV-03791-LHK
CASE MANAGEMENT ORDER