1

2

3

4

5

6

7

United States District Court
Northern District of California

8          UNITED STATES DISTRICT COURT

9          NORTHERN DISTRICT OF CALIFORNIA

10                   SAN JOSE DIVISION

11

12   NATHALIE THUY VAN,                    Case No. 14-CV-03791-LHK

13              Plaintiff,                 **ORDER STRIKING OBJECTIONS TO
                                           EVIDENCE**
14        v.
                                           Re: Dkt. Nos. 220-16, 225-5
15   LANGUAGE LINE SERVICES, INC., et al.,

16              Defendants.

17

18          On March 24, 2016, the parties filed cross-motions for summary judgment.  ECF Nos. 211,

19   218.  On April 7, 2016, Defendants Language Line, LLC and Language Line Services, Inc.

20   (collectively, "Defendants") opposed Plaintiff Nathalie Thuy Van's ("Plaintiff") motion for summary

21   judgment.  ECF No. 220.  In support of Defendants' twenty-one page opposition, Defendants filed

22   thirty pages of objections to the evidence presented by Plaintiff.  ECF No. 220-16.  Plaintiff has not

23   filed a reply in support of Plaintiff's motion for summary judgment, and the deadline to do so has now

24   passed.

25          On April 7, 2014, Plaintiff opposed Defendants' motion for summary judgment.  ECF No. 221.

26   Defendants filed a fifteen page reply brief on April 14, 2016.  ECF No. 225.  In support of Defendants'

27   reply, Defendants filed thirty-five pages of objections to the evidence presented with Plaintiff's

28
                                           1

1    opposition.  ECF No. 225-5.

2         In sum, Defendants' objections to Plaintiffs' summary judgment evidence comprise 65 pages

3    in addition to Defendants' briefs.  These filings contravene Civil Local Rule 7-3, which provides that

4    "[a]ny evidentiary and procedural objections to the motion [or opposition] must be contained within

5    the brief or memorandum."  *See* Civ. L.R. 7-3(a), (c).  Civil Local Rule 7-3 also provides that an

6    opposition brief "may not exceed 25 pages of text" while a reply brief "may not exceed 15 pages of

7    text."  *See id.*  In order to comply with Civil Local Rule 7-3, Defendants should have included any

8    evidentiary objections in Defendants' briefs, not in separately filed documents.

9         In light of the foregoing, the Court STRIKES Defendants' objections to Plaintiff's evidence,

10   ECF Nos. 220-16 and 225-5.

11   **IT IS SO ORDERED.**

12

13   Dated: April 15, 2016

14                                              *Lucy H. Koh*

15                                              LUCY H. KOH
                                                United States District Judge

16

17

18

19

20

21

22

23

24

25

26

27

28
                                                2
     Case No. 14-CV-03791-LHK
     ORDER STRIKING OBJECTIONS TO EVIDENCE

United States District Court
Northern District of California