UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| NATHALIE THUY VAN,<br><br>       Plaintiff,<br><br>    v.<br><br>LANGUAGE LINE SERVICES, INC., et al.,<br><br>       Defendants. | Case No. 14-CV-03791-LHK<br><br>**ORDER VACATING HEARING AND CONTINUING CASE MANAGEMENT CONFERENCE**<br><br>Re: Dkt. Nos. 211, 218 |

Pursuant to Civil Local Rule 7-1(b), the Court finds the pending motions for summary judgment, ECF Nos. 211 and 218, suitable for resolution without oral argument and hereby VACATES the motion hearings set for May 5, 2016.  The case management conference set for that date time is hereby CONTINUED to June 30, 2016, at 1:30 p.m.  Any discovery disputes shall be filed before Judge Howard Lloyd.

**IT IS SO ORDERED.**

Dated: May 2, 2016

_____
LUCY H. KOH
United States District Judge

1
Case No. 14-CV-03791-LHK
ORDER VACATING HEARING AND CONTINUING CASE MANAGEMENT CONFERENCE