UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| NATHALIE THUY VAN, <br><br> Plaintiff, <br><br> v. <br><br> LANGUAGE LINE SERVICES, INC., et al., <br><br> Defendants. | Case No. 14-CV-03791-LHK <br><br> **ORDER REQUESTING STATEMENT FROM PLAINTIFF** |

By Monday, May 9, 2016, Plaintiff Nathalie Thuy Van ("Plaintiff") shall file a statement indicating whether Plaintiff would be interested in a referral to the Federal Pro Se Program for the possible appointment of pro bono counsel. Plaintiff is encouraged to speak to Kevin Knestrick of the Federal Pro Se Program to discuss the benefits and drawbacks of seeking pro bono counsel. Appointments with Mr. Knestrick may be made by calling (408) 297-1480 or by stopping by Room 2070 at the San Jose Courthouse, 280 First Street, San Jose, CA 95113.

1

Case No. 14-CV-03791-LHK
ORDER REQUESTING STATEMENT FROM PLAINTIFF

1  **IT IS SO ORDERED.**

2

3  Dated: May 2, 2016

4  _____
   LUCY H. KOH
5  United States District Judge

2
Case No. 14-CV-03791-LHK
ORDER REQUESTING STATEMENT FROM PLAINTIFF