UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| NATHALIE THUY VAN,<br><br>    Plaintiff,<br><br>    v.<br><br>LANGUAGE LINE SERVICES, INC. and LANGUAGE LINE LLC<br><br>    Defendants. | Case No. 14-CV-03791-LHK<br><br>**REFERRAL TO FEDERAL PRO SE PROGRAM AND CASE MANAGEMENT ORDER** |

The pretrial conference in this case is set for June 30, 2016, at 1:30 p.m.  ECF No. 192. The parties shall follow the Court's Jury Pretrial Standing Order, available at http://www.cand.uscourts.gov/lhkorders.  Each side may file up to four motions in limine of three pages each.  Each side may file oppositions to the motions in limine of three pages each.  There are no replies.

On May 2, 2016, the Court requested a statement from Plaintiff Nathalie Thuy Van ("Plaintiff") as to whether Plaintiff would be interested in a referral to the Federal Pro Se Program for the possible appointment of pro bono counsel.  ECF No. 240.  Given Plaintiff's positive response, ECF No. 241, the Court hereby REFERS Plaintiff to the Federal Pro Se Program for appointment of counsel.  Plaintiff may meet with proposed pro bono counsel before the Court's

formal appointment.

**IT IS SO ORDERED.**

Dated: May 10, 2016

_____
LUCY H. KOH
United States District Judge