UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| NATHALIE THUY VAN, <br><br> Plaintiff, <br><br> v. <br><br> LANGUAGE LINE SERVICES, INC., et al., <br><br> Defendants. | Case No. 14-CV-03791-LHK <br><br> **ORDER APPOINTING COUNSEL** <br> Re: Dkt. No. 243 |

On May 10, 2016, the Court referred Plaintiff Nathalie Thuy Van ("Plaintiff") to the Federal Pro Se Program for possible appointment of counsel. ECF No. 243. The Court finds that good cause exists to appoint the following counsel to represent Plaintiff in the instant case until the case is closed:

    Courtland L. Reichman
    McKool Smith Hennigan, P.C.
    255 Shoreline Drive, Suite 510
    Redwood Shores, CA 94065
    Telephone: (650) 394-1400
    creichman@mckoolsmithhennigan.com

    Jennifer P. Estremera
    McKool Smith Hennigan, P.C.
    255 Shoreline Drive, Suite 510
    Redwood Shores, CA 94065

Telephone: (650) 394-1400
jestremera@mckoolsmithhennigan.com

Additional counsel from McKool Smith Hennigan, P.C. may notice appearances on behalf of Plaintiff, as needed.

**IT IS SO ORDERED.**

Dated: June 6, 2016

_____
LUCY H. KOH
United States District Judge

2

Case No. 14-CV-03791-LHK
ORDER APPOINTING COUNSEL