UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| NATHALIE THUY VAN,<br><br>              Plaintiff,<br><br>        v.<br><br>LANGUAGE LINE SERVICES, INC. and LANGUAGE LINE LLC<br><br>              Defendants. | Case No. 14-CV-03791-LHK<br><br>**ORDER REGARDING SETTLEMENT CONFERENCE** |

On June 6, 2016, the Court issued an order on the parties' cross motions for summary judgment. ECF No. 244. By June 10, 2016, the parties shall file a joint statement as to whether the parties would be interested in a settlement conference with Magistrate Judge Nathanael Cousins.

**IT IS SO ORDERED.**

Dated: June 6, 2016

*Lucy H. Koh*
_____
LUCY H. KOH
United States District Judge

1
Case No. 14-CV-03791-LHK
ORDER REGARDING SETTLEMENT CONFERENCE