UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| NATHALIE THUY VAN,<br><br>   Plaintiff,<br><br> v.<br><br>LANGUAGE LINE LLC,<br><br>   Defendants. | Case No. 14-CV-03791-LHK<br><br>**ORDER DENYING MOTION FOR CERTIFICATION OF FINAL JUDGMENT UNDER RULE 54(B)**<br><br>Re: Dkt. No. 315 |

   On July 5, 2016, Plaintiff Nathalie Thuy Van ("Plaintiff") filed a motion asking the Court to certify final judgment on fewer than all claims so that Plaintiff may appeal the Court's order on summary judgment, ECF No. 244. *See* ECF No. 315 (Plaintiff's Motion). Under Federal Rule of Civil Procedure 54(b), the Court may direct entry of final judgment as to "one or more, but fewer than all, claims . . . only if the court expressly determines that there is no just reason for delay." Fed. R. Civ. P. 54(b). The pretrial conference in this case occurred on June 30, 2016, and trial is scheduled to begin on July 25, 2016. Accordingly, it is likely that final judgment on all claims will be entered in less than one month. The Court concludes that there is just reason for delay, and DENIES Plaintiff's motion to enter final judgment on fewer than all claims.

**IT IS SO ORDERED.**

Dated: July 7, 2016

_____
LUCY H. KOH
United States District Judge