UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| NATHALIE THUY VAN,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>LANGUAGE LINE, LLC,<br><br>　　　　Defendant. | Case No. 14-CV-03791-LHK<br><br>**ORDER RE MEET AND CONFER REQUIREMENT** |

At the pretrial conference on June 30, 2016, the Court set forth the procedure for objections to trial exhibits, and ordered the parties to meet and confer on all objections and responses before filing. ECF No. 294. On July 20, 2016, Plaintiff Nathalie Thuy Van ("Plaintiff") filed objections to the trial exhibits of Defendant Language Line, LLC ("Defendant"). ECF Nos. 344–45. Plaintiff stated that she had not yet received Defendant's objections to her trial exhibits.

Plaintiff's filing indicates that the parties have failed to meet and confer before filing objections as required by Court order. Defendant's objections, filed on July 21, 2016, similarly indicate that the parties failed to meet and confer. ECF No. 343.

The parties are ORDERED to file declarations under penalty of perjury by 9:00 a.m. tomorrow describing any meet and confer efforts that were made before Plaintiff filed the July 20,

1
Case No. 14-CV-03791-LHK
ORDER RE MEET AND CONFER REQUIREMENT

2016 objections and Defendant filed the July 21, 2016 objections.

Future objections and responses to trial exhibits, if any, shall be accompanied by a declaration describing the meet and confer attempts made prior to the filing of the objections or responses. Failure to comply with the Court's orders may result in the Court striking all objections.

**IT IS SO ORDERED.**

Dated: July 21, 2016

_____
LUCY H. KOH
United States District Judge