UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| NATHALIE THUY VAN,<br><br>    Plaintiff,<br><br>    v.<br><br>LANGUAGE LINE, LLC,<br><br>    Defendant. | Case No. 14-CV-03791-LHK<br><br>**ORDER RE: AMENDED PRELIMINARY JURY INSTRUCTION NO. 13** |

The Court has amended Preliminary Jury Instruction No. 13 in two ways. First, the Court has included additional stipulations of fact agreed to by the parties. *See* ECF No. 332 at 17 (Plaintiff's proposed additional stipulations of fact); ECF No. 329 at 5 (Defendant's agreement to two stipulations). Specifically, the Court has included a stipulation stating that Plaintiff Nathalie Thuy Van ("Plaintiff") has been an employee of Defendant Language Line, LLC ("Defendant") since 1995, and a stipulation stating that Defendant is a corporation doing business in Monterey, California.

Second, given that Plaintiff no longer agrees on the number of meal and rest period violations, the Court has altered Preliminary Jury Instruction No. 13 to make clear that the number of violations was determined by the Court.

The parties shall appear at the July 22, 2016, 3:00 p.m. status conference to discuss any objections to this proposed jury instruction. The proposed amended Preliminary Jury Instruction No. 13 is as follows:

### 13. STIPULATIONS OF FACT

The parties have agreed to certain facts that will be read to you. You should therefore treat these facts as having been proved.

1. Plaintiff Nathalie Thuy Van has been an employee of Defendant Language Line, LLC from April 7, 1995 to the present, as a full time over-the-phone interpreter.
2. Defendant Language Line, LLC is a corporation doing business in Monterey, California.

In addition, the Court has found the following facts. You should also treat these facts as having been proved.

1. Between October 7, 2010 and October 17, 2012, Defendant Language Line, LLC failed to provide Plaintiff Nathalie Thuy Van with a meal or rest break as required by law on 136 instances.

**IT IS SO ORDERED.**

Dated: July 21, 2016

_____
LUCY H. KOH
United States District Judge