UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| NATHALIE THUY VAN,<br><br>          Plaintiff,<br><br>     v.<br><br>LANGUAGE LINE, LLC,<br><br>          Defendant. | Case No. 14-CV-03791-LHK<br><br>**LIST OF ENTITIES AND INDIVIDUALS INVOLVED IN THE CASE** |

**LIST OF ENTITES AND INDIVIDUALS INVOLVED IN THE CASE**

**IT IS SO ORDERED.**

Dated: July 21, 2016

_____
LUCY H. KOH
United States District Judge

1. Nathalie Thuy Van, Plaintiff
2. Federal Pro Se Program. Law Foundation of Silicon Valley
   a. Kevin Knestrick, Staff Attorney
   b. Annette Kirkham, Staff Attorney
   c. Olivia Cole, Law Clerk
3. Language Line, LLC
   a. Scott Klein
   b. Frank Perry
   c. Michael Schmidt
   d. Kimberly Schnader
   e. Barbara Sadler
   f. Janet Erickson-Johnson
   g. Tony To
   h. Kenny Le
   i. Allen Wilson
   j. Gwyndolyn Allison
   k. Georgette Bloomer
4. Language Line Services, Inc.
5. On Line Interpreters
6. LanguageLine Solutions
7. Language Line Holdings
8. Language Line University
9. Language Line Academy
10. Pacific Interpreters, Inc.
11. LanguageUC
12. LanguageLine Solutions UK
13. Language Line Solutions Rominican Republic

2

Case No. 14-CV-03791-LHK
LIST OF ENTITES AND INDIVIDUALS INVOLVED IN THE CASE

14. LanguageLine Solutions, Costa Rica

15. Language Line Services Panama

16. AT&T Language Line Services

17. AT&T Corporation

    a. Paula M. Phillips

18. Providence Equity Partners

  Law Firm: Weil, Gotshal & Manges LLP

    a. Joshua Amsel

19. Law Firm: Robinson & Wood, Inc.

    a. Bonnie Ross

    b. Don Gagliardi

    c. Kathy Powell

    d. James M. Hollan

20. Law Firm: McKool Smith Hennigan

    a. Courtland Reichman

    b. Jennifer Estremera.

    c. Joachim Steinberg

    d. Bruce MacLeod

    e. Kunwar Singh

    f. Vandya Swaminathan

    g. Nathaniel Rubin

    h. Brandon Wallace

    i. Christina May

    j. Nancy MacDonald

    k. Justin Myers

    l. Martina Lavelle

    m. Adrian Corona

21. Law Firm: Jackson Lewis P.C.
    a. Joel Kelly
    b. Sander van der Heide
    c. Heath Havey
    d. Amy Geiser
    e. Lori Gilmette
    f. Kelly Asano
    g. Jeanette R. Youngblood
    h. Nicholas D. Poper
    i. Evan D. Beecher
    j. Ed A. Puchi, Jr.
    k. Arlene Gaxiola
    l. Rick Bandes
    m. Heather Oliver
    n. Noreen W. Witt
    o. Katie Edwards
    p. Tami J. Martinelli
    q. Gail K. Baum
    r. Carolyn Gatkin
    s. LaDonna Mims
    t. Kimberly Warren
22. Court Reporters
    a. Jan Brown & Associates, CSR, Inc.
        i. Diane S. Martin, CSR
    b. Advantage Reporting Services
        i. Nina Pavone, CSR
        ii. Howard Schroeder, CSR

4

Case No. 14-CV-03791-LHK
LIST OF ENTITES AND INDIVIDUALS INVOLVED IN THE CASE

1         c.  U.S. Legal Support

2             i.  Jan C. Olivieri, CSR

5

Case No. 14-CV-03791-LHK
LIST OF ENTITES AND INDIVIDUALS INVOLVED IN THE CASE