UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| NATHALIE THUY VAN,<br><br>    Plaintiff,<br><br>    v.<br><br>LANGUAGE LINE, LLC,<br><br>    Defendant. | Case No. 14-CV-03791-LHK<br><br>**ORDER OVERRULING DEFENDANT'S OBJECTION TO PLAINTIFF'S TRIAL SUBPOENA OF MICHAEL SCHMIDT**<br><br>Re: Dkt. No. 361 |

On July 25, 2016, Defendant Language Line, LLC ("Defendant") filed an objection to the trial subpoena of Michael Schmidt, which Plaintiff Nathalie Thuy Van ("Plaintiff") served on December 2, 2015. *See* ECF Nos. 175 (Subpoena); 361 (Defendant's Objection). After reviewing Defendant's objection, considering the record in the case, and balancing the considerations set forth in Federal Rule of Evidence 403, the Court OVERRULES Defendant's objection to the trial subpoena of Michael Schmidt. The Court notes that although Defendant asserts that the required witness fee was not paid, Defendant has filed no supporting declaration. However, Defendant may object to individual examination questions, for example, questions regarding excluded topics such as allegedly forged wage statements.

**IT IS SO ORDERED.**

Dated: July 26, 2016

_____
LUCY H. KOH
United States District Judge

Case No. 14-CV-03791-LHK
ORDER OVERRULING DEFENDANT'S OBJECTION TO PLAINTIFF'S TRIAL SUBPOENA OF MICHAEL SCHMIDT