UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| NATHALIE THUY VAN,<br><br>   Plaintiff,<br><br>   v.<br><br>LANGUAGE LINE, LLC,<br><br>   Defendant. | Case No. 14-CV-03791-LHK<br><br>**ORDER RE PLAINTIFF'S OBJECTIONS TO DEFENDANT'S TRIAL EXHIBITS**<br><br>Re: Dkt. No. 345 |

Plaintiff Nathalie Thuy Van ("Plaintiff") has filed objections to Defendant Language Line, LLC's ("Defendant") trial exhibits. ECF No. 345. After reviewing Plaintiff's objections, considering the record in the case, and balancing the considerations set forth in Federal Rule of Evidence 403, the Court rules on Plaintiff's objections as follows:

| **EXHIBIT NO.** | **COURT'S RULING ON OBJECTION** |
|---|---|
| 101 | Overruled. |
| 102 | Overruled. |
| 109 | Overruled. |
| 110 | Overruled. |
| 111 | Overruled. |
| 112 | Overruled. |
| 113 | Overruled. |
| 114 | The Court defers ruling on the admissibility of this exhibit until after the Plaintiff's case in chief. |

**IT IS SO ORDERED.**

Dated: July 26, 2016

_____
LUCY H. KOH
United States District Judge