UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| NATHALIE THUY VAN,<br><br>                    Plaintiff,<br><br>           v.<br><br>LANGUAGE LINE, LLC,<br><br>                    Defendant. | Case No. 14-CV-03791-LHK<br><br>**ORDER RE DEFENDANT'S OBJECTIONS TO PLAINTIFF'S TRIAL EXHIBITS**<br><br>Re: Dkt. No. 343, 362 |

Defendant Language Line, LLC ("Defendant") has filed objections to Plaintiff Nathalie Thuy Van's ("Plaintiff") trial exhibits, ECF No. 343, which Plaintiff has opposed, ECF No. 346. Defendant has also filed proposed redactions to Plaintiff's trial exhibits, ECF No. 362, which Plaintiff opposes, ECF No. 367. After reviewing the parties' briefing, considering the record in the case, and balancing the considerations set forth in Federal Rule of Evidence 403, the Court rules on Defendant's objections as follows:

| EXHIBIT NO. | COURT'S RULING ON OBJECTION |
|---|---|
| 201 | Sustained. |
| 202 | Overruled. |
| 203 | Overruled. |
| 204 | Sustained. The 1997 new hire documents do not "prove the starting date of her employment at |

1
Case No. 14-CV-03791-LHK
ORDER RE DEFENDANT'S OBJECTIONS TO PLAINTIFF'S TRIAL EXHIBITS

| | |
|---|---|
| | Language Line, LLC," as Plaintiff claims. The 1997 new hire documents are from AT&T Language Line Services, not Language Line, LLC. |
| 205 | Overruled. |
| 206 | Overruled. |
| 207 | Overruled. |
| 208 | Overruled. |
| 209 | Overruled. |
| 210 – Bates pages 000761-000764, 000767 | Overruled.<br><br>The redactions proposed by Defendant in ECF No. 362 are granted as to paragraph 6 of Bates 000762-000763. Otherwise, Defendant's proposed redactions are denied. |
| 211 | Overruled. |
| 212 | Overruled. |
| 217 – pages 2-5, 53-60 | Defendants propose redacting information prior to August 21, 2010, which is the earliest date of liability for any cause of action in the instant case, from Plaintiff's summary chart. ECF No. 362. Defendant's proposed redaction is granted.<br><br>Defendant's objection to pay statements prior to August 21, 2010 is granted. |
| 218 – pages 1-32, 33 | Defendants propose redacting information prior to August 21, 2010, which is the earliest date of liability for any cause of action in the instant case, on Plaintiff's August 2010 monthly calendar. ECF No. 362. Defendant's proposed redaction is granted.<br><br>Defendant's objection to monthly calendars prior to August 21, 2010 is granted. |
| 219 – pages 1-9 | Overruled. |
| 220 – Bates pages 001944-001945, 004902 | Defendant did not object to Bates 004901. Overruled as to Bates 004902. Sustained as to Bates 001944-001945 which duplicate Bates 004901-4902. The redactions proposed by Defendant in ECF No. 362 are denied. |
| 221 – Bates pages 001824, 001942 | Overruled. The redactions proposed by Defendant in ECF No. 362 are denied. |
| Confidential 222 | Overruled. However, the document shall be submitted under seal. |
| 223 – 001273, 001275, 001279 | Overruled.<br><br>The Court rules on the redactions proposed by Defendant in ECF No. 362 as follows:<br>- Granted as to the term "regular hours" on Bates 001273.<br>- Granted as to "fraudulently" and "and falsified" on Bates 001279.<br>- Granted as to Plaintiff's redactions on Bates 001273, 001275, 001279.<br>- Otherwise denied. |

2
Case No. 14-CV-03791-LHK
ORDER RE DEFENDANT'S OBJECTIONS TO PLAINTIFF'S TRIAL EXHIBITS

| | | |
|---|---|---|
| 1 | 224 | Defendant and Plaintiff are in agreement as to what should be redacted. The Court grants the parties' redactions as set forth in ECF No. 362. |
| 2 | 225 | Overruled as to LLS003946 and LLS003947. Sustained as to LLS003952 because it is a duplicate of LLS003947. The parties shall redact "fraudulently" and "Superior" from LLS 003947. |
| | 226 | Sustained. |
| | 227 | Sustained as to Interrogatory Nos. 2, 3, 4, 5, 6, and 10. Otherwise overruled. |
| | 228 | Sustained. |
| | 229 | Sustained. |
| | 230 | Sustained. |
| | 231 | Sustained. |
| | 233 | Sustained. |
| | 234 – Bates pages 003111 - 003121 | Defendants propose redacting information prior to August 21, 2010, which is the earliest date of liability for any cause of action in the instant case. ECF No. 362. Defendant's proposed redactions are granted and thus moot Defendant's objection. |
| | 235 | Sustained. |
| | 236 | Sustained. |
| | 237 | Sustained. |
| | 238 | Sustained. |
| | 239 | Sustained. |
| | 240 – 6:19-25; 10:2-4 | Sustained. The redactions proposed by Defendant in ECF No. 362 are moot. |
| | 241 | Sustained. |
| | 242 | *See* Court's Order Re Plaintiff's Deposition and Discovery Designations, ECF No. 373. |
| | 243 | *See* Court's Order Re Plaintiff's Deposition and Discovery Designations, ECF No. 373. |
| | 244 | Overruled. |
| | 245 | Overruled. |
| | 246 | *See* Court's Order Re Plaintiff's Deposition and Discovery Designations, ECF No. 373. |
| | 247 | *See* Court's Order Re Plaintiff's Deposition and Discovery Designations, ECF No. 373. |
| | 248 | Overruled. |
| | 249 | Sustained. |
| | 250 | Overruled. |
| | 251 | Sustained. |
| | 252 | Overruled. |
| | 253 | Overruled. |

**IT IS SO ORDERED.**

Dated: July 26, 2016

_____
LUCY H. KOH
United States District Judge

3

Case No. 14-CV-03791-LHK
ORDER RE DEFENDANT'S OBJECTIONS TO PLAINTIFF'S TRIAL EXHIBITS