UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| NATHALIE THUY VAN, | Case No.: 14-CV-03791-LHK |
| Plaintiff, | ORDER AUTHORIZING LUNCH FOR JURORS |
| v. | |
| LANGUAGE LINE, LLC., | |
| Defendant. | |

IT IS HEREBY ORDERED that lunch shall be provided in the above-captioned matter at the expense of the United States District Court through Erik's Deli (2 N. Market Street, San Jose, CA 95113) for the members of the jury during deliberations on July 28, 2016, and continuing until such time as a verdict is rendered.

**IT IS SO ORDERED.**

Dated: July 28, 2016

_____
LUCY H. KOH
United States District Judge