UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| NATHALIE THUY VAN,<br><br>    Plaintiff,<br><br>    v.<br><br>LANGUAGE LINE, LLC,<br><br>    Defendant. | Case No. 14-CV-03791-LHK<br><br>**VERDICT FORM** |

**IT IS SO ORDERED.**

Dated: July 28, 2016

_Lucy H. Koh_
_____
LUCY H. KOH
United States District Judge

Case No. 14-CV-03791-LHK
VERDICT FORM

1

We, the Jury, unanimously answer the questions submitted to us as follows:

## I. OVERTIME CLAIMS

Question No. 1

Was Ms. Van either not paid, or paid at a rate lower than the legal overtime compensation rate, for any overtime hours in excess of 8 hours per day or 40 hours per week that Ms. Van worked for Language Line, LLC?

_____ Yes     _____ No

*If your answer is "Yes," continue to Question No. 2.  If your answer is "No," answer no further "Overtime Claims" questions and go to Question No. 7.*

Question No. 2

Did Language Line, LLC know, or should Language Line, LLC have known, that Ms. Van worked these overtime hours?

_____ Yes     _____ No

*If your answer is "Yes," continue to Question No. 3.  If your answer is "No," answer no further "Overtime Claims" questions and go to Question No. 7.*

Question No. 3

Was Language Line LLC's violation of the Fair Labor Standards Act willful?

_____ Yes     _____ No

*Continue to Question No. 4.*

Question No. 4

How many overtime hours in excess of 40 hours per week did Ms. Van work for Language Line, LLC for which she was either not paid, or paid at a rate lower than the legal overtime compensation rate?

_____ hour(s) from August 21, 2010 to August 20, 2011

_____ hour(s) from August 21, 2011 to August 20, 2012

_____ hour(s) from August 21, 2012 to December 9, 2015

*Continue to Question No. 5.*

2

Case No. 14-CV-03791-LHK
VERDICT FORM

Question No. 5

Excluding the overtime hours you found in Question No. 4, how many overtime hours in excess of eight hours per day did Ms. Van work for Language Line, LLC for which she was either not paid, or paid at a rate lower than the legal overtime compensation rate?

_____ hour(s) from August 21, 2010 to December 9, 2015

*Continue to Question No. 6.*

Question No. 6

What is the amount of overtime wages Language Line, LLC owes Ms. Van?

$_____.

*Continue to Question No. 7.*

## II. MEAL & REST PERIOD CLAIM

Question No. 7

The Court has determined that Language Line, LLC did not provide 136 meal periods and/or rest breaks to Ms. Van as set forth in Jury Instruction No. 17. What is the amount of damages Language Line, LLC owes Ms. Van for these failures to provide meal periods and/or rest breaks?

$_____.

*Continue to Question No. 8.*

Question No. 8

Excluding the violations already found by the Court in Jury Instruction No. 17, did Language Line, LLC require Ms. Van to work five or more hours in any workday without providing her at least one 30 minute meal period?

_____ Yes   _____ No

*Continue to Question No. 9.*

Case No. 14-CV-03791-LHK
VERDICT FORM

3

Question No. 9

Excluding the violations already found by the Court in Jury Instruction No. 17, did Language Line, LLC fail to permit and authorize Ms. Van to take one 10 minute rest break for shifts from 3.5 to 6 hours in length and two 10 minute rest breaks for shifts from 6 to 10 hours in length?

_____ Yes    _____ No

*If you answered "No" to Question No. 8 and Question No. 9, then skip Question No. 10 and go to Question No. 11. If you answered "Yes" to either or both Question No. 8 and Question No. 9, then continue to Question No. 10.*

Question No. 10

Excluding the violations already found by the Court in Jury Instruction No. 17 and excluding any damages you awarded in your answer to Question No. 7, what is the amount of damages Language Line, LLC owes for not providing meal periods and/or rest breaks to Ms. Van?

$_____.

*Continue to Question No. 11.*

### III. WAGE STATEMENTS CLAIM

Question No. 11

Did Language Line, LLC knowingly and intentionally fail to provide Ms. Van accurate itemized wage statements?

_____ Yes    _____ No

*If your answer is "Yes," continue to Question No. 12. If your answer is "No," do not answer any further questions and have the presiding juror sign and date this verdict form.*

Question No. 12

In how many pay periods did Language Line, LLC knowingly and intentionally fail to provide Ms. Van with accurate itemized wage statements?

_____ Pay period(s)

*Continue to Question No. 13.*

4

Case No. 14-CV-03791-LHK
VERDICT FORM

Question No. 13

What is the amount of damages Language Line, LLC owes to Ms. Van for failing to provide accurate itemized wage statements?

$_____.

*Have the presiding juror sign and date this verdict form.*

Signed: _____
                      Presiding Juror

Dated: _____

*After the verdict form has been signed, notify the Bailiff that you have reached a verdict.*

5

Case No. 14-CV-03791-LHK
VERDICT FORM