1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT

9

NORTHERN DISTRICT OF CALIFORNIA

10

SAN JOSE DIVISION

11

12  NATHALIE THUY VAN,                    Case No. 14-CV-03791-LHK

13        Plaintiff,                      **ORDER RE POST TRIAL MOTIONS**

14        v.

15  LANGUAGE LINE, LLC,

16        Defendant.

17

18          On July 29, 2016, the jury reached a verdict.  Defendant Language Line, LLC shall file a

19  proposed judgment by August 5, 2016.  Plaintiff Nathalie Thuy Van declines to file a proposed

20  judgment.

21          The parties shall file any post-trial motions, including motions for attorney's fees or

22  Federal Rule of Civil Procedure 68 costs, no later than August 11, 2016.  Any opposition must be

23  filed and served not more than 14 days after the motion was filed.  Civ. L.R. 7-3.  The reply to an

24  opposition must be filed and served not more than 7 days after the opposition was due.  *Id.*  Any

25  post-trial motions will be heard on September 15, 2016, at 1:30 p.m.

26          The parties shall provide one copy of exhibits admitted at trial to the Court by August 12,

27  2015.

28

1

Case No. 14-CV-03791-LHK
ORDER RE POST TRIAL MOTIONS

1    **IT IS SO ORDERED.**

2

3    Dated: July 29, 2016

4    _____

5    LUCY H. KOH
     United States District Judge

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2

United States District Court
Northern District of California